Bentley J. Tolk (6665)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com

Attorneys for Defendant

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C., <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH PLAN, <br><br> Defendant. | **NOTICE OF ENTRY OF LIMITED APPEARANCE OF COUNSEL FOR BENTLEY J. TOLK** <br><br> Case No. 4:20-cv-00123-DN-PK <br><br> Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

NOTICE IS HEREBY GIVEN to all parties that Bentley J. Tolk of the law firm of PARR BROWN GEE & LOVELESS hereby makes his limited appearance (due to Defendant's anticipated forthcoming motion to dismiss for lack of personal jurisdiction) as counsel of record for Defendant Providence Health Plan in the above-captioned case. Please add Mr. Tolk to the service list and provide him notice of all hearings, actions, and other matters maintained hereafter in the above-entitled lawsuit at the following address:

Bentley J. Tolk
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
btolk@parrbrown.com

Dated this 24th day of December, 2020.

PARR BROWN GEE & LOVELESS

By: /s/ Bentley J. Tolk
    Bentley J. Tolk

Attorneys for Defendant

4851-5417-9013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December, 2020, a true and correct copy of the

foregoing **NOTICE OF ENTRY OF LIMITED APPEARANCE OF COUNSEL FOR**

**BENTLEY J. TOLK** was served via electronic service on the following:

> Brian S. King
> Brent J. Newton
> Samuel M. Hall
> BRIAN S KING PC
> 420 E. South Temple, Suite 420
> Salt Lake City, Utah 84111
> brian@briansking.com
> brent@briansking.com
> samuel@briansking.com

/s/ Bentley J. Tolk_____

3

4851-5417-9013