Bentley J. Tolk (6665)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C., <br><br> Plaintiffs, <br><br> vs. <br><br> PROVIDENCE HEALTH PLAN, <br><br> Defendant. | **STIPULATED MOTION TO SET DEADLINE TO RESPOND TO COMPLAINT** <br><br> Case No. 4:20-cv-00123-DN-PK <br><br> Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

Defendant Providence Health Plan and Plaintiffs, by and through their counsel of record in this matter, hereby stipulate and move the Court to set February 11, 2021 as the deadline for Defendant to answer or otherwise respond to the Complaint (Document 2) in this matter.

Good cause exists for the requested deadline because (1) Defendant anticipates filing a motion to dismiss for lack of personal jurisdiction; (2) Defendant needs additional time to gather information in connection with said motion to dismiss; and (3) scheduling conflicts have created the need for the requested deadline. The requested extension is timely because Defendant did not

sign and return a waiver of the service of summons, and the deadline to answer or otherwise respond to the Complaint has not expired.

A copy of the proposed Order Setting Deadline to Respond to Complaint is attached as Exhibit "A."

Dated this 8th day of January, 2021.

PARR BROWN GEE & LOVELESS

By: /s/ Bentley J. Tolk
    Bentley J. Tolk

Attorneys for Defendant


BRIAN S. KING, PC


By: /s/ Brian S. King
    Brian S. King
    Brent J. Newton
    Samuel M. Hall

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and correct copy of the foregoing **STIPULATED MOTION TO SET DEADLINE TO RESPOND TO COMPLAINT** was served via electronic service on the following:

>Brian S. King
>Brent J. Newton
>Samuel M. Hall
>BRIAN S KING PC
>420 E. South Temple, Suite 420
>Salt Lake City, Utah 84111
>brian@briansking.com
>brent@briansking.com
>samuel@briansking.com

>/s/ Bentley J. Tolk