Bentley J. Tolk (6665)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
btolk@parrbrown.com

Attorneys for Defendant

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH PLAN,<br><br>        Defendant. | **ORDER SETTING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 4:20-cv-00123-DN-PK<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Having reviewed the parties' Stipulated Motion to Set Deadline to Respond to

Complaint, being fully informed in the premises, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for

Defendant to answer or otherwise respond to the Complaint (Document 2) in this matter is set for

February 11, 2021.

MADE AND ENTERED this _____ day of January, 2021.


BY THE COURT:


_____

Magistrate Judge Paul Kohler
United States Magistrate Judge



APPROVED AS TO FORM AND CONTENT:

BRIAN S. KING, P.C.

By: /s/ Brian S. King_____
     Brian S. King

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and correct copy of the

foregoing **ORDER SETTING DEADLINE TO RESPOND TO COMPLAINT** was served

via electronic service on the following:

> Brian S. King
> Brent J. Newton
> Samuel M. Hall
> BRIAN S KING, P.C.
> 420 E. South Temple, Suite 420
> Salt Lake City, Utah 84111
> brian@briansking.com
> brent@briansking.com
> samuel@briansking.com

/s/ Bentley J. Tolk