IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| K.B., and R.C., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, <br><br> Defendant. | **ORDER SETTING DEADLINE TO RESPOND TO COMPLAINT** <br><br> Case No. 4:20-cv-00123-DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Based on the parties' Stipulated Motion to Set Deadline to Respond to Complaint ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. The deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint[3] is extended to February 11, 2021.

Signed this 8th day of January, 2021.

BY THE COURT:

Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 7, filed Jan. 8, 2021.

[2] *Id*.

[3] Docket no. 2, filed Oct. 30, 2020.