Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH PLAN,<br><br>Defendant. | STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER<br><br>Case No. 4:20-cv-00123 – DN |

The parties, through their undersigned counsel, stipulate and move the court to extend the deadline for Plaintiffs to respond to the defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Alternative Motion to Transfer Venue, and Supporting Memorandum (Docket No. 9) from March 11, 2021 to March 18, 2021. The parties are discussing a potential voluntary transfer of venue and need the additional time to conclude those discussions.

Dated this 11th day of March, 2021.                Dated this 11th day of March, 2021.

/s/ Brian S. King                                              /s/ Bentley J. Tolk *(with permission)*
Attorney for Plaintiffs                                      Attorney for Defendant