Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C.,<br><br>           Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH PLAN,<br><br>           Defendant. | ORDER EXTENDING DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER<br><br>Case No. 4:20-cv-00123 – DN |

Based on the parties' stipulated motion and with good cause appearing, the deadline for Plaintiffs to respond to the defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Alternative Motion to Transfer Venue, and Supporting Memorandum (Docket No. 9) is extended from March 11, 2021 to March 18, 2021.

Dated this __ day of March, 2021.

_____
By the Court