IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| K.B., and R.C., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, <br><br> Defendant. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO DISMISS OR TRANSFER** <br><br> Case No. 4:20-cv-00123-DN-PK <br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

Based on the parties' Stipulated Motion to Extend Deadline for Plaintiffs' Response to Defendant's Motion to Dismiss or Transfer ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. The deadline for Plaintiffs to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Alternative Motion to Transfer Venue[3] is extended from March 11, 2021, to March 18, 2021.

Signed this 12th day of March, 2021.

BY THE COURT:

Paul Kohler
United States Magistrate Judge

---

[1] Docket no. 10, filed Mar. 11, 2021.

[2] *Id.*

[3] Docket no. 9, filed Feb. 11, 2021.