Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| K.B., and R.C.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PROVIDENCE HEALTH PLAN,<br><br>　　　　　　Defendant. | STIPULATED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, DISTRICT OF OREGON<br><br>Case No. 4:20-cv-00123 – DN – PK |

　　　　The parties, through their undersigned counsel, stipulate and move the Court to transfer venue for the above captioned matter to the United States District Court, District of Oregon. Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction and Alternative Motion to Transfer Venue, Docket No. 9 (the "Motion"). Plaintiffs and Defendant have agreed to transfer venue before briefing on the Motion occurs.

　　　　Dated this 8th day of April, 2021.　　　　Dated this 8th day of April, 2021.

　　　　/s/ Brian S. King　　　　　　　　　　　　/s/ Bentley J. Tolk *(with permission)*
　　　　Attorney for Plaintiffs　　　　　　　　　　Attorney for Defendant