(b)(1)(A),MAG,LC4

# US District Court Electronic Case Filing System
## District of Utah (Southern Region)
## CIVIL DOCKET FOR CASE #: 4:20−cv−00123−DN−PK

B. et al v. Providence Health Plan
Assigned to: Judge David Nuffer
Referred to: Magistrate Judge Paul Kohler
Cause: 28:1001 E.R.I.S.A.

Date Filed: 10/30/2020
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**K. B.**      represented by    **Brian S. King**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801)532−1739
Email: brian@briansking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent J. Newton**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801) 532−1739
Email: brent@briansking.com
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
801−532−1739
Email: samuel@briansking.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. C.**      represented by    **Brian S. King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent J. Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Providence Health Plan**  represented by **Bentley J. Tolk**
PARR BROWN GEE & LOVELESS
101 S 200 E STE 700
SALT LAKE CITY, UT 84111
(801) 532–7840
Email: btolk@parrbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2020 | Ï 1 | Case has been indexed and assigned to Judge David Nuffer. Plaintiffs K. B. and R. C. are directed to E–File the Complaint  and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 400.00 by the end of the business day. NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system. Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (dw) (Entered: 10/30/2020) |
| 10/30/2020 | Ï 2 | COMPLAINT against Providence Health Plan (Filing fee $ 400, receipt number AUTDC–3779519) filed by K. B., R. C.. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet) Assigned to Judge David Nuffer (King, Brian) (Entered: 10/30/2020) |
| 11/02/2020 | Ï 3 | NOTICE FROM THE COURT This case is assigned to the Southern Region of the Central Division of the District of Utah. More information is on the court's Southern Region web page. (pjd) (Entered: 11/02/2020) |
| 11/02/2020 | Ï 4 | ORDER to Prepare Schedule and Prepare for Case Management Conference. Signed by Magistrate Judge Paul Kohler on 11/2/20. (dla) (Entered: 11/02/2020) |
| 11/03/2020 | Ï 5 | ORDER REFERRING CASE to Magistrate Judge Paul Kohler under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge David Nuffer on 11/3/220. (pjd) (Entered: 11/03/2020) |
| 12/24/2020 | Ï 6 | NOTICE of Appearance by Bentley J. Tolk on behalf of Providence Health Plan (Tolk, Bentley) (Entered: 12/24/2020) |
| 01/08/2021 | Ï 7 | Stipulated MOTION for Extension of Time to File Answer re 2 Complaint filed by Defendant Providence Health Plan. (Attachments: # 1 Exhibit A) Motions referred to Paul Kohler.(Tolk, Bentley) (Entered: 01/08/2021) |
| 01/08/2021 | Ï 8 | ORDER granting 7 Motion for Extension of Time to Answer re 2 Complaint. Answer deadline updated for Providence Health Plan: answer due 2/11/2021. Signed by Magistrate Judge Paul Kohler on 1/8/21 (alt) (Entered: 01/08/2021) |
| 02/11/2021 | Ï 9 | MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support , MOTION to Change Venue and Memorandum in Support filed by Defendant Providence Health Plan. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Motions referred to Paul Kohler.(Tolk, Bentley) (Entered: 02/11/2021) |
| 03/11/2021 | Ï 10 | Stipulated MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Dismiss for Lack of Jurisdiction and Memorandum in Support MOTION to Change Venue and Memorandum |

| | | |
|---|---|---|
| | | in Support filed by Plaintiffs K. B., R. C.. (Attachments: # 1 Text of Proposed Order Proposed Order) Motions referred to Paul Kohler.(King, Brian) (Entered: 03/11/2021) |
| 03/12/2021 | 11 | ORDER granting 10 Motion for Extension of Time to File Response/Reply re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue: Response due by 3/18/2021. Signed by Magistrate Judge Paul Kohler on 3/12/21 (alt) (Entered: 03/12/2021) |
| 03/25/2021 | 12 | RESPONSE to Motion re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue filed by Plaintiffs K. B., R. C.. (King, Brian) (Entered: 03/25/2021) |
| 04/08/2021 | 13 | Stipulated MOTION to Change Venue filed by Plaintiffs K. B., R. C.. Motions referred to Paul Kohler.(King, Brian) (Entered: 04/08/2021) |
| 04/12/2021 | 14 | ORDER granting 13 Motion to Change Venue: the action is transferred to USDC, District of Oregon. Signed by Judge David Nuffer on 4/12/21 (alt) (Entered: 04/12/2021) |