Medora A. Marisseau, OSB No. 923838
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| K.B. et al, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, <br><br> Defendant. | CASE NO. 1:21-CV-00547-CL <br><br> NOTICE OF APPEARANCE <br><br> *(**Clerk's Action Required**)* |

TO: Clerk of the Court;

AND TO: All Counsel of Record.

PLEASE TAKE NOTICE that the above-named Defendant, Providence Health Plan, does hereby appear in the above-entitled action through Medora A. Marisseau, of Karr Tuttle Campbell, 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104, without waiving the defenses of:

1. Lack of jurisdiction over subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of service of process;

5. Insufficiency of process;

NOTICE OF APPEARANCE - 1
CASE NO. 1:21-cv-00547-CL
#5006002 v1 / 42700-050

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

6. Failure to state a claim upon which relief may be granted; and

7. Failure to join a party under Rule 19.

YOU ARE HEREBY NOTIFIED that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorney at the address below stated.

DATED this 28th day of April, 2021.

        KARR TUTTLE CAMPBELL

        *s/Medora A. Marisseau*
        Medora A. Marisseau, OSB No. 923838
        701 Fifth Avenue, Suite 3300
        Seattle, WA 98104
        Phone: (206) 223-1313
        Fax: (206) 682-7100
        Email: mmarisseau@karrtuttle.com
        *Attorney for Defendant*

NOTICE OF APPEARANCE - 2
CASE NO. 1:21-cv-00547-CL
#5006002 v1 / 42700-050

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the preceding document to be filed with the Court. I caused the same to be served on the parties listed below in the manner indicated.

Brian S. King
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
Phone: 801-532-1739
Fax: 801-532-1936
Email: brian@briansking.com
*Attorneys for Plaintiffs*

☒ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☐ CM/ECF via court's website

Bentley J. Tolk
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Phone: (801) 532-7840
Fax: (801) 537-7750
Email: btolk@parrbrown.com
*Attorneys for Defendant Providence Health Plan*

☐ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☐ CM/ECF via court's website

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 28th day of April, 2021, at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Assistant to Medora A. Marisseau

NOTICE OF APPEARANCE - 3
CASE NO. 1:21-cv-00547-CL
#5006002 v1 / 42700-050

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100