Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
**Megan E. Glor, Attorneys at Law, PC**
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Brian S. King, Utah Bar #4610 (*admitted pro hac vice*)
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste. 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **K.B., and R.C.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **PROVIDENCE HEALTH PLAN,** <br><br> **Defendant.** | **Case No.  1:21-cv-00547-MDC** <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT** |

Plaintiffs, through their undrersigned counsel, hereby notify the Court that they gave reached a confidential settlement agreement with the defendant. The plaintiffs anticipate filing a motion to dismiss within sixty (60) days of the date of this notice.

///

///

**PLAINTIFFS' NOTICE OF SETTLEMENT**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212

DATED this 15th day of December, 2021.

Respectfully submitted,

s/ Brian S. King
Brian S. King, Utah Bar #4610 (*admitted pro hac vice*)
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste. 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Of Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been

sent to all parties registered to receive court notices via the Court's CM/ECF System.

Dated this 15th day of December, 2021.

/s/ Brian S. King